IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| LINDA CAREY, ELIZABETH OKAKPU and BIKRAMJIT MATHAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHYSICIAN TECHNOLOGY PARTNERS, LLC,<br><br>Defendant. | Civil Action No. 3:17-cv-00213-TMR |

## ORDER

Having considered Plaintiffs' Unopposed Motion for Approval of FLSA Collective Settlement Agreement, the Court will grant the Motion and order as follows:

1. The Parties' Settlement Agreement is approved; it is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (29 U.S.C. §§ 201, *et seq*.).

2. For settlement purposes, the following Settlement Collective is certified as a collective action pursuant to 29 U.S.C. § 216(b):

> all persons who were classified as independent contractors while performing consulting work for Physician Technology Partners, LLC at any time between November 14, 2014 and December 24, 2015, and who worked over 40 hours in a workweek during that time period.

3. The service awards to Plaintiffs Linda Carey, Elizabeth Okakpu, and Bikramjit Mathaun in the amount of $5,000.00 each for their efforts in bringing and prosecuting this matter are approved.

4. Plaintiffs' unopposed request for attorneys' fees and costs is granted, and fees in the amount of $333,333.33 and costs not to exceed $15,000.00 are approved.

5. The Angeion Group, LLC is approved as the Settlement Administrator in this case, and the costs of settlement administration not to exceed $30,000 are approved.

6. The Court approves the proposed Notice and Claim Form and authorizes distribution of the Notice and Claim Form to the Settlement Collective.

7. The Court stays this action pending the mailing of the Notice of Settlement.

8. Following the Notice period, the Court authorizes the Parties to file a stipulation requesting dismissal with prejudice and the entry of judgment.

DONE and ORDERED this Friday, July 13, 2018.

 s/Thomas M. Rose  
Honorable Thomas M. Rose  
United States District Judge