# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| LINDA CAREY, ELIZABETH OKAKPU and BIKRAMJIT MATHAUN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHYSICIAN TECHNOLOGY PARTNERS, LLC,<br><br>Defendant. | Civil Action No. 3:17-cv-00213-TMR |

## **ORDER**

Upon consideration of the Parties' Stipulation Requesting Dismissal of the Action with Prejudice and Entry of Judgment, and for good cause shown, it is hereby ORDERED that the Clerk is directed to enter judgment in this action in favor of Plaintiffs and dismiss this action with Prejudice.

IT IS SO ORDERED.

Signed on ____November 5,____, 2018.

 s/Thomas M. Rose
Honorable Thomas M. Rose
United States District Judge